**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Colleen Tang, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF JOHN McGINNESS

Joseph Wiseman, SBN 107403
**JOSEPH J. WISEMAN, P.C.**
1477 Drew Avenue, Suite 106
Davis, CA 95618
(530) 759-0700
(530) 759-0800 (facsimile)

Attorney for Plaintiff NANETTE DELP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE DELP,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, PAULA WOOD, individually, CLEMENT TANG, individually and DOES 1 through 5,<br><br>    Defendants.<br>_____/ | CASE NO. 2:09-CV-00605-JAM-DAD<br><br>**STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME TO FILE RESPONSE** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NANETTE DELP

and Defendants COUNTY OF SACRAMENTO and SHERIFF JOHN McGINNESS, by and through

their undersigned counsel, that the time for those Defendants to respond to Plaintiff's complaint for damages shall be extended by thirty (30) days, up to and including **May 20, 2009.**

Dated: April 20, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/ Nancy J. Sheehan
     Nancy J. Sheehan
     Colleen Tang
     Attorneys for Defendants
     COUNTY OF SACRAMENTO, and SACRAMENTO COUNTY SHERIFF JOHN McGINNESS

Dated: April 20, 2009

JOSEPH J. WISEMAN, P.C.

By    /s/ Joseph J. Wiseman
     Joseph J. Wiseman
     Attorney for Plaintiff NANETTE DELP

**IT IS SO ORDERED.**

Date: April 20, 2009

/s/ John A. Mendez
United States District Judge

2
**STIPULATION AND [PROPOSED] ORDER
REGARDING ENLARGEMENT OF TIME TO FILE RESPONSE**
00672550.WPD