**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Colleen Tang, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF
JOHN McGINNESS

Joseph Wiseman, SBN 107403
**JOSEPH J. WISEMAN, P.C.**
1477 Drew Avenue, Suite 106
Davis, CA 95618
(530) 759-0700
(530) 759-0800 (facsimile)

Attorney for Plaintiff NANETTE DELP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE DELP,<br><br>                    Plaintiff,<br><br>vs.<br><br>C O U N T Y   O F   S A C R A M E N T O,<br>SACRAMENTO COUNTY SHERIFF JOHN<br>McGINNESS, PAULA WOOD, individually,<br>CLEMENT TANG, individually and DOES 1<br>through 5,<br><br>                    Defendants.<br>_____/ | CASE NO. 2:09-CV-00605-JAM-DAD<br><br>**STIPULATION AND REQUEST FOR<br>ORDER ENLARGING TIME TO FILE<br>JOINT STATUS REPORT** |

Plaintiff NANETTE DELP and Defendants COUNTY OF SACRAMENTO and SHERIFF

JOHN MCGINNESS respectfully request that the Court grant a 30-day enlargement of time for the

filing  of the initial Joint Status Report, based on the following:

This matter was filed on March 4, 2009.  Plaintiff DELP contends that she was subjected to unlawful conduct by employees of the SACRAMENTO COUNTY Sheriff's Department, including Defendants TANG and WOOD, while incarcerated in the Main Jail.  As the result of a meet and confer process Plaintiff has agreed to dismiss the claims against Defendant TANG because she did not file an administrative complaint about him while incarcerated, which is a necessary prerequisite to suit under the Prison Litigation Reform Act.  Counsel for Plaintiff and counsel for the COUNTY OF SACRAMENTO have been engaged in meaningful settlement discussions and have a good faith belief that this matter can be resolved in its entirety if they have more time to pursue that issue.

Accordingly, the parties jointly request that the time for filing the initial Joint Status Report be enlarged to June 26, 2009.

Dated: May 29, 2009                         PORTER SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By    /s/ Nancy J. Sheehan
                                                  Nancy J. Sheehan
                                                  Attorneys for Defendants
                                                  COUNTY    OF    SACRAMENTO,    and
                                                  SACRAMENTO COUNTY SHERIFF JOHN
                                                  McGINNESS


Dated: May 29, 2009                         JOSEPH J. WISEMAN, P.C.


                                            By    /s/ Joseph J. Wiseman
                                                  Joseph J. Wiseman
                                                  Attorney for Plaintiff NANETTE DELP


        **IT IS SO ORDERED.**


Date:   May 29, 2009                        /s/ John A. Mendez
                                            United States District Judge

**STIPULATION AND REQUEST FOR ORDER ENLARGING TIME TO FILE JOINT STATUS REPORT**