**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Colleen Tang, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (phone)  (916) 927-3706 (facsimile)
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF JOHN McGINNESS

Joseph Wiseman, SBN 107403
**JOSEPH J. WISEMAN, P.C.**
1477 Drew Avenue, Suite 106
Davis, CA 95618
(530) 759-0700 (phone)  (530) 759-0800 (facsimile)
Attorney for Plaintiff NANETTE DELP

William J. Schmidt, SBN 84264
**WILLIAM SCHMIDT & ASSOCIATES**
1419 21st Street
Sacramento, CA 95811
(916) 447-2451 (phone)  (916) 447-8066 (facsimile)
Attorney for Defendant CLEMENT TANG

CHARLES E. BAUER, SBN 124163
**LAW OFFICE OF CHARLES BAUER**
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 443-0529
Attorney for Defendant PAULA WOOD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE DELP,<br>            Plaintiff,<br>vs.<br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, PAULA WOOD, individually, CLEMENT TANG, individually and DOES 1 through 5,<br>            Defendants.<br>_____/ | CASE NO. 2:09-CV-00605-JAM-DAD<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANT CLEMENT TANG** |

Plaintiff NANETTE DELP and Defendants COUNTY OF SACRAMENTO, SHERIFF

{00680571.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

JOHN MCGINNESS, PAULA WOOD and CLEMENT TANG, by and through their undersigned counsel, stipulate to the dismissal of Plaintiff's claims against Defendant CLEMENT TANG. The parties hereby jointly request that each of the Plaintiff's claims against Defendant TANG be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: June 15, 2009  PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Nancy J. Sheehan
  Nancy J. Sheehan
  Attorneys for Defendants
  COUNTY OF SACRAMENTO, and
  SACRAMENTO COUNTY SHERIFF JOHN
  McGINNESS

Dated: June 12, 2009  JOSEPH J. WISEMAN, P.C.

By  /s/ Joseph J. Wiseman
  Joseph J. Wiseman
  Attorney for Plaintiff NANETTE DELP

Dated: June 12, 2009  WILLIAM SCHMIDT & ASSOCIATES

By  /s/ William J. Schmidt
  William J. Schmidt
  Attorney for Defendant CLEMENT TANG

Dated: June 12, 2009  LAW OFFICE OF CHARLES E. BAUER

By  /s/ Charles E. Bauer
  Charles E. Bauer
  Attorney for Defendant PAULA WOOD

**IT IS SO ORDERED.**

Date:  June 16, 2009  /s/ John A. Mendez
  United States District Judge

{00680571.DOC}

PDF created with pdfFactory trial version www.pdffactory.com