**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Colleen Tang, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
Attorneys for Defendants COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF JOHN McGINNESS

JOSEPH J. WISEMAN, P.C.
Joseph J. Wiseman, SBN 107403
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 759-0700
(530) 759-0800 (facsimile)
Attorney for Plaintiff NANETTE DELP

CHARLES E. BAUER, SBN 124163
LAW OFFICE OF CHARLES BAUER
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 443-0529
Attorney for Defendant PAULA WOOD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE DELP,<br>　　　Plaintiff,<br>vs.<br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF JOHN McGINNESS, PAULA WOOD, individually, CLEMENT TANG, individually and DOES 1 through 5,<br>　　　Defendants.<br>_____/ | CASE NO. 2:09-CV-00605-JAM-DAD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Complaint Filed: 03/04/09 |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel, as follows:

{00758098.DOC}1
**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

PDF created with pdfFactory trial version www.pdffactory.com

The claims for relief asserted against Defendants COUNTY OF SACRAMENTO and SHERIFF JOHN McGINNESS shall be dismissed with prejudice pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, with each of those parties to bear their own attorney's fees and costs.

The claims for relief asserted against Defendant PAULA WOOD shall be dismissed without prejudice.

**IT IS SO STIPULATED:**

Dated: March 24, 2010          PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                               By      /s/ Nancy J. Sheehan
                                   Nancy J. Sheehan
                                   Attorney for Defendants
                                   COUNTY OF SACRAMENTO, and
                                   SACRAMENTO COUNTY SHERIFF JOHN
                                   McGINNESS


Dated: March 17, 2010          JOSEPH J. WISEMAN, P.C.

                               By      /s/ Joseph J. Wiseman (as authorized on 3/17/10)
                                   Joseph J. Wiseman
                                   Attorney for Plaintiff NANETTE DELP


Dated: March 23, 2010          LAW OFFICE OF CHARLES BAUER

                               By      /s/ Charles E. Bauer (as authorized on 3/23/10)
                                   Charles E. Bauer
                                   Attorney for Defendant PAULA WOOD


**ORDER**

Good cause appearing, this matter is dismissed in its entirety with prejudice with respect to the claims asserted against Defendants COUNTY OF SACRAMENTO and SHERIFF JOHN MCGINNESS with each side to bear their own attorneys fees and costs, and without prejudice

PDF created with pdfFactory trial version www.pdffactory.com

with respect to the claims asserted against Defendant PAULA WOOD.

**IT IS SO ORDERED.**

Dated: March 24, 2010 /s/ John A. Mendez_____
United States District Court Judge
Eastern District of California